JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT

12/12/14

CENTRAL DISTRICT OF CALIFORNIA
BY: KH DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY ANN RANDLE,<br><br>  Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. EDCV 14-322 RNB<br><br>**J U D G M E N T** |

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: December 12, 2014

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE